ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUL -7 PM 4:20
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARTY JOHN HARRIS, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 315-106 |
| LYNN SHEFFIELD, and CHRIS STEVENSON, | ) | |
| Respondents. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Petitioner's motion to appoint counsel (doc. no. 10), **DISMISSES** the petition without prejudice for Petitioner's failure to prosecute, and **CLOSES** this civil action.

SO ORDERED this 7th day of July, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE